LESTER WELLS, PLAINTIFF-RESPONDENT, v. MACE BROWN, DEFENDANT, AND UNSATISFIED CLAIM AND JUDGMENT FUND BOARD, DEFENDANT-APPELLANT.

Argued October 10, 1966—Decided December 5, 1966.

*Mr. John J. Teare* argued the cause for defendant-appellant (*Mr. Milton A. Buck,* of counsel).

*Mr. Irwin A. Horowitz* argued the cause for plaintiff-respondent (*Mr. Horowitz,* on the brief; *Messrs. Horowitz & Bross,* attorneys).

PER CURIAM. For the reasons stated in *Licata v. Lutz,* 48 *N. J.* 255 (1966), decided today, the judgment is affirmed.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN — 6.

*For reversal* — None.